FILED

2012 JAN -9  A 9 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No: 1:12mj 17 |
| v. | ) | |
| | ) | Court Date: February 27, 2012 |
| SUZANNE M. JENSEN | ) | |
| Defendant | | |

## CRIMINAL INFORMATION

(CLASS A MISDEMEANOR – 2280655)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 6, 2011, at Joint Base Myer-Henderson Hall, Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, SUZANNE M. JENSEN, did unlawfully enter a military post for a purpose prohibited by law or lawful regulation, to wit: unlawfully gained access to Fort Myer, Virginia with the knowledge that unauthorized entry was prohibited.

(Violation of Title 18, United States Code, Section 1382)

Respectfully submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: /s/ Amanda M. O'Neil
AMANDA M. O'NEIL
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (202) 685-4931
Fax: (202) 685-5454
amanda.o'neil@jfhqncr.northcom.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January 2012, a true and correct copy of the foregoing Criminal Information was mailed, postage prepaid, to: Suzanne M. Jensen.

By: *[signature]*
AMANDA M. O'NEIL
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (202) 685-4931
Fax: (202) 685-5454
amanda.o'neil@jfhqncr.northcom.mil