# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**UNITED STATES**

vs.

**Suzanne Jensen**
**DEFENDANT(S)**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 12mj17
HEARING: RS
DATE: 2/27/12
TIME: 10am
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: _____
COUNSEL FOR DEFENDANT: Amanda O'Neil
INTERPRETER: _____

( ) DEFT. APPEARED ( ) THROUGH COUNSEL (X) FAILED TO APPEAR (X) WARRANT TO BE ISSUED
                                                                    upon PC
( ) RULE 5 ADVISEMENT                      ( ) PLEA OF GUILTY TO Statement
( ) COURT TO APPOINT COUNSEL               ( ) COURT ACCEPTS PLEA
( ) DEFT. TO RETAIN COUNSEL                ( ) PLEA OF NOT GUILTY TO _____
( ) SPEEDY TRIAL ACT WAIVED                ( ) DEFT FOUND GUILTY / FOUND NOT GUILTY
( ) JURY WAIVED                            ( ) COUNT(S) _____ DISMISSED BY _____
( ) CONSENT TO TRIAL BY MAG JUDGE          ( ) DEFT. REFERRED TO USPO FOR PSIR
( ) MOTIONS W/IN ___ DAYS                  ( ) DEFT REMANDED

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:** _____

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
(   ) MONTHS PROBATION ( ) SUP ( ) UNSUP ( ) 3607 (   ) YRS SUP RELEASE
(   ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
(   ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
(   ) HRS. COMMUNITY SERVICE ( ) NOT VIOLATE TRAFFIC LAWS

($    ) FINE ($    ) S.A. ($    ) PROCESSING FEE AS TO COUNT ____
($    ) FINE ($    ) S.A. ($    ) PROCESSING FEE AS TO COUNT ____
($    ) FINE ($    ) S.A. ($    ) PROCESSING FEE AS TO COUNT ____
($    ) FINE ($    ) S.A. ($    ) PROCESSING FEE AS TO COUNT ____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
**NEXT APPEARANCE:**

( ) R5 ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) VCR ( ) DH ( ) PH ( ) 3607 AT _____ AM OR PM
( ) OTHER JUDGE _____

( ) RELEASE ORDER GIVEN TO USMS